# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH INSURANCE COMPANY,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>H&H PRESS; HEMCO INDUSTRIES,<br><br>　　　　　　　　　　　　　Defendants. | Case No.:  17-CV-1638 W (BLM)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

　　　This matter is set for hearing on December 14, 2020 on Dismissal for Failure to Move for Default Judgment Pursuant to Local Rule 55.1.  (*See Order* [Doc. 13].)  In response, Plaintiff has filed a Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).  (*Notice of Dismissal* [Doc. 14].)  Accordingly, good cause appearing, the Court **ORDERS** the case **DISMISSED WITHOUT PREJUDICE** under Rule 41(a).

　　　**IT IS SO ORDERED**.

Dated:  December 9, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　United States District Judge